STATE OF MISSOURI, Respondent, v. BOLIVAR J. SPRAGUE, Appellant.

**St. Louis Court of Appeals, October 31, 1899.**

**Criminal Law:** PRACTICE, APPELLATE.  When the information is in the usual form, charging the defendant with larceny of the property of the prosecuting witness, the evidence tends to prove the accusation, the instructions unobjectionable, the verdict and judgment regular, as in the case at bar, the judgment of the lower court will be affirmed.

Appeal from St. Louis Court of Criminal Correction.—*Hon. Willis Clark*, Judge.

AFFIRMED.

BIGGS, J.—The defendant was tried and convicted of petit larceny.  He was sentenced to the work-house for one year.  He has appealed the case to this court.

Neither party has favored us with briefs.  We have examined the record and find no error.  The information is in the usual form, charging the defendant with stealing nineteen dollars, the property of the prosecuting witness.  The evidence of the state tends to prove the accusation.  The instructions are unobjectionable and the verdict and judgment are regular.

The judgment will be affirmed.  All concur.